# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES NYGAARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 8:05CV403 |
| | ) | |
| **JOHN P. CHEATHAM,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Upon counsel's representation that there is no objection,

**IT IS ORDERED** that plaintiffs' Motion to Amend Complaint (#8) is granted. Plaintiff shall file and serve the amended pleading no later than November 15, 2005.

**DATED November 3, 2005.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**