IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES NYGAARD, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV403 |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN P. CHEATHAM, M.D., | ) | **ORDER AMENDING** |
| | ) | **TRIAL DATE** |
| Defendant. | ) | |
| | ) | |

This matter came before the court on the defendant's oral motion [29] to reschedule the trial date. Appearing telephonically were Michael Bornitz, representing plaintiff and Thomas Shomaker, representing defendant. The motion will be granted:

**IT IS ORDERED:**

1. The defendant's oral motion [29] is granted.

2. The jury trial before the Honorable Laurie Smith Camp is rescheduled to **September 25, 2007.**

3. All other deadlines and hearing dates set out in the Amended Final Progression Order [27] remain in effect.

DATED this 15th day of August, 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge