### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES NYGAARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV403** |
| vs. | ) | |
| | ) | **ORDER** |
| **JOHN P. CHEATHAM, M.D.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon the filing of the Consent to Exercise of Jurisdiction by a United States Magistrate Judge and Order of Reference (#38),

**IT IS ORDERED:**

1. The jury trial will commence on Tuesday, **September 25, 2007** at 8:30 a.m, before the undersigned magistrate judge, Courtroom 6, Second Floor of the Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. No later than **January 25, 2007,** counsel shall file a stipulated schedule concerning any outstanding matters.

3. The final pretrial conference will be rescheduled following the filing of the stipulation.

Dated this 9th day of January 2007.

                                                   BY THE COURT:

                                                   S/ F. A. Gossett
                                                 United States Magistrate Judge