# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES NYGAARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV403** |
| vs. | ) | |
| | ) | **ORDER** |
| **JOHN P. CHEATHAM, M.D.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The parties' Stipulated Schedule [40] is approved, as follows:

1. Plaintiff shall provide any outstanding expert witness reports by March 30, 2007.

2. The parties shall complete all expert witness depositions by May 31, 2007.

3. The **final pretrial conference** will be held on Thursday, **August 23, 2007 at 10:00 a.m.**, in chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Lead counsel for represented parties shall attend the final pretrial conference. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2.

**DATED January 29, 2007.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**