IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES NYGAARD, ) | |
| ) | Case No. 8:05CV403 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER TO WITHDRAW |
| ) | EXHIBITS |
| JOHN CHEATHAM, M.D., ) | |
| ) | |
| Defendant. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

| | | |
|---|---|---|
| Plaintiff's Exhibits 1-23, 25-29, 30a-d, 34-46 | Trial | 9/25/07-10/407 |
| Defendant's Exhibits 101-104, 107, 111-112, 119, 121 | Trial | 9/25/07-10/4/07 |

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 7th day of February, 2008.

s/ F.A. Gossett
United States Magistrate Judge